UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>BREWBAKERS, INC., d/b/a/ BrewBakers Brewery, a/k/a/ Brew Bakers; a Washington corporation; ELEANOR R. BRUBAKER; and ROBERT G. BRUBAKER, <br><br>Defendants. | Case No: 2:18-cv-00518-MJP <br><br>**PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES** <br><br>*EX PARTE* <br><br>Note on Motion Calendar: **June 29, 2018** <br><br>*For Same-Day Consideration under LCR 7(d)(2)* |

COMES NOW plaintiff J & J Sports Productions, Inc., by and through its attorneys, Wyse Kadish LLP, and moves the Court *ex parte* under FRCP 6(b)(1)(B) for an order enlarging the time for filing initial disclosures and submission of the Joint Status Report and Discovery Plan, originally set forth in the Court's order of May, 2018, and which were extended by minute order entered June 19, 2018. This motion is necessary to allow adequate time for defendants to appear and respond to plaintiff's complaint. Defendants were difficult to serve and service was not completed until just this month, and then the proof of service was not generated by the process server until very recently

PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES (2:18-cv-00518-MJP) - 1

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

1   The proposed deadlines are:

| Event: | Extended Deadline: |
|---|---|
| Deadline for FRCP 26(f) Conference: | 08/10/2018 (from 5/30/2018) |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 08/17/2018 (from 6/06/2018) |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 08/24/2018 (from 6/29/2018) |

Plaintiff proposes these new dates because service on all defendants was completed on June 13, 2018 (see Dkt Nos. 9 and 10), but defendants have yet to appear. The 21 days during which they now have to appear runs on July 6, 2018. Given that the initial order granted the parties 30 days to comply with the first deadline regarding the FRCP 26(f) conference, plaintiff believes that at least 30 days should be allowed for defendants (and plaintiff) to comply with that requirement if any defendant does appear before the deadline for them to do so. The end of the week after those 30 days is August 10, 2018, and, for convenience, that is the date plaintiff proposes for the FRCP 26(f) conference. Each other deadline reflects the same increment of time (seven days) which was provided for in the initial Order, i.e., Friday, August 17, seven (7) days after August 10, 2018, for the Initial Disclosures; and the Friday after that (seven (7) more days) for the Status Report and Discovery Plan, which is August 24.

This motion is supported by the declaration of Bruce H. Orr, counsel for plaintiff, filed with this motion and the court's entire file.

Respectfully submitted this June 29, 2018.

WYSE KADISH LLP

*/s/ Bruce H. Orr*
By: Bruce H. Orr, WSBA No. 19147
bho@wysekadish.com

///

PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES (2:18-cv-00518-MJP) - 2

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

1   IT IS SO ORDERED:

2   Dated this 5th day of July, 2018.

3

4   _____

5   UNITED STATES DISTRICT JUDGE

6

7   Presented By:

8   /s/ Bruce H. Orr
    Bruce H. Orr, WSBA No. 18147
9   Attorney for Plaintiff

PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES (2:18-cv-00518-MJP) - 3

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135

# CERTIFICATE OF SERVICE

I, hereby certify that, on the date referenced below:

1. I conventionally (by using paper) served a full, true and correct copy of:

**PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES**

**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES**

on the following parties entitled to service, or their attorneys who are not registered with the court's electronic filing system, by the following indicated method or methods:

By **Mail** in a sealed, first-class postage-prepaid envelope, addressed to the last-known address of the attorney or individual listed below, and deposited with the United States mail at Portland, Oregon.

Eleanor R. Brubaker
11927 84th St NE
Lake Stevens, WA 98258

Robert G. Brubaker
11927 84th St Ne
Lake Stevens, WA 98258

Brewbakers, Inc.
c/o Eleanor R. Brubaker
Registered Agent
11927 84th St NE.
Lake Stevens, WA 98258

Brewbakers, Inc.
c/o Eleanor R. Brubaker
Registered Agent
11927 Getchell Rd
Lake Stevens, WA 98258

DATED: June 29, 2018.

*/s/ Bruce H. Orr*
Bruce H. Orr, OSB # 813297

PLAINTIFF'S MOTION TO ENLARGE INITIAL SCHEDULING DATES (2:18-cv-00518-MJP) - 4

WYSE KADISH LLP
Suite 2000
900 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-8448
Facsimile: (503) 273-9135