UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| J & J SPORTS PRODUCTIONS, INC., | ) Case No. 2:18-cv-00518-MJP |
|---|---|
| Plaintiff, | ) **STIPULATED ORDER RE: ORDER** |
| | ) **OF DEFAULT AND DEFAULT** |
| vs. | ) **JUDGMENT** |
| BREWBAKERS, INC., d/b/a/ BrewBakers Brewery, a/k/a/ Brew Bakers; a Washington corporation; ELEANOR R. BRUBAKER; and ROBERT G. BRUBAKER, | ) |
| Defendants. | ) |

THIS MATTER came before the Court on Defendants' motions to vacate the order of default and the judgment entered by default. The motions were filed pursuant to Fed. R. Civ. P. 55(c) and 60(b). As evidenced by their respective counsel's signatures below, Plaintiff stipulates to entry of this order granting those motions on the condition that Defendants accept service under Fed. R. Civ. P. 4(c) of the summons and complaint served on them effective as of the date of entry of this order and that they waive any defense as to service of process.

Now, therefore, it appearing to the Court that an Order of Default Re: All Defendants was entered August 28, 2018 ("Order of Default"), and a judgment against defendants Eleanor R.

Brubaker and Brewbakers, Inc. was entered October 24, 2018 ("Default Judgment"), and that the parties have stipulated to vacate the Order of Default and Default Judgment, and the Court thus finding good cause to do so, it is hereby

ORDERED that:

1. The Order of Default is vacated;

2. The Default Judgment is vacated; and

3. Defendants are deemed to be personally served with the required summons and complaint and they shall have 21 days from entry of this order to plead or otherwise defend against Plaintiff's complaint.

DATED this _13th_ day of November, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

IT IS SO STIPULATED:

| AHLERS CRESSMAN & SLEIGHT | WYSE KADISH LLP |
|---|---|
| /s/ Brent Hill | /s/ Bruce H. Orr |
| Brent Hill, WSBA No. 35427 | By: Bruce H. Orr, WSBA No. 19147 |
| Brett.hill@acslawyers.com | bho@wysekadish.com |
| Of Attorneys for Defendants | Of Attorneys for Plaintiff |

Presented by:

Bruce H Orr, WSBA No. 19147
Email: bho@wysekadish.com
Wyse Kadish LLP
900 SW 5th Ave, Ste 2000
Portland, OR 97204
Phone: 503 228-8448
Fax: 503 273-9135