UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) Case No. 2:18-cv-00518-MJP |
| Plaintiff, | ) **STIPULATED MOTION TO** <br> ) **EXTEND TIME FOR RESPONSE** |
| vs. | ) |
| | ) NOTE ON MOTION CALENDER: |
| BREWBAKERS, INC., et al., | ) June 14, 2019 |
| Defendants. | ) *(Same-Day Stipulated Motion)* |

Pursuant to Fed. R. Civ. P. 15(a)(3) and LCR 15 and 10(g), the parties hereby stipulate, as evidenced by their respective counsel's signatures below, to move the Court to extend the time for Plaintiff to respond to Defendants' Amended Answer, Affirmative Defenses, and Counterclaims until Monday, June 24, 2019.

IT IS SO ORDERED:

DATED this **18th** day of June, 2019.

_____
Hon. Marsha J. Pechman
United States District Judge

IT IS SO STIPULATED:

| AHLERS CRESSMAN & SLEIGHT | WYSE KADISH LLP |
|---|---|
| */s/ Brett Hill* | */s/ Bruce H. Orr* |
| Brett Hill, WSBA No. 35427 | By: Bruce H. Orr, WSBA No. 19147 |
| Brett.hill@acslawyers.com | *bho@wysekadish.com* |
| Of Attorneys for Defendants | Of Attorneys for Plaintiff |

*/s/ Jonathan Schirmer*
Jonathan Schirmer, WSBA No. 54207
jonathan.schirmer@acslawyers.com
Of Attorneys for Defendants

Presented by:

Bruce H Orr, WSBA No. 19147
Email: bho@wysekadish.com
Wyse Kadish LLP
900 SW 5th Ave, Ste 2000
Portland, OR 97204
Phone: 503 228-8448
Fax: 503 273-9135